```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sanchez Hipolito et al,

                Plaintiffs,

-against-

489 Dry Cleaners Inc. et al,

                Defendants.

1:16-cv-06748 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      This case contains claims under the Fair Labor Standards Act. On May 2, 2018, an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 64.) On August 17, 2018, the parties submitted their proposed settlement agreement. (ECF No. 81.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court also finds that the amount of attorneys' fees requested is fair and reasonable. *See Fujiwara v. Sushi Yasuda Ltd.*, 58 F. Supp. 3d 424, 438-39 (S.D.N.Y. 2014) (fact that counsel worked on contingency entitles them to premium; multiplier near 2 is appropriate compensation). The settlement is approved.

      Accordingly, this action is dismissed with prejudice, with each party to bear its own fees and costs. The Court will retain jurisdiction to enforce the settlement agreement.

**SO ORDERED.**

DATED:    New York, New York
               August 21, 2018

                                                    */s/ Stewart D. Aaron*
                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge