UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERNESTINA SANCHEZ HIPOLITO (AKA CHRISTINA), MARGARITO TLAXCALTECATL ROMERO, NANCY LOPEZ, and SALOMON PABLO-MOSSO, *individually and on behalf of others similarly situated*,

        Plaintiffs,

-against-

489 DRY CLEANERS, INC. (d/b/a LA MODE CLEANERS), KWANG HO CHOI and JAE WOO BYUN,

        Defendants
------------------------------------------------------------X

16-CV-6748 (SDA)

**JUDGMENT**

**WHEREAS,** the parties entered into a settlement in this action, which was approved by this Court on August 21, 2018;

**WHEREAS,** Defendants have defaulted in making the settlement payments to Plaintiffs as provided for in the settlement agreement;

**WHEREAS,** this matter came before the Court, upon application by Plaintiffs' counsel, for an entry of Judgment in favor of Plaintiffs against Defendants, pursuant to the settlement agreement approved by this Court on August 21, 2018; and

**WHEREAS**, based upon representations by Plaintiffs' counsel, the sum of $98,000.00 of the instant judgment is to be awarded proportionately and as follows:

| | |
|---|---|
| ERNESTINA SANCHEZ HIPOLITO (AKA CHRISTINA) | $25,806.80 |
| MARGARITO TLAXCALTECATL ROMERO | $17,640.09 |
| NANCY LOPEZ | $17,248.09 |
| SALOMON PABLO-MOSSO | $4,638.69 |
| Michael Faillace & Associates., P.C. | $32,666.33 |

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered against Defendants 489 DRY CLEANERS, INC. (d/b/a LA MODE CLEANERS), KWANG HO CHOI and JAE WOO BYUN, jointly and severally, as follows: (1) in favor of Plaintiff ERNESTINA SANCHEZ HIPOLITO (AKA CHRISTINA) in the amount of $25,806.80; (2) in favor of Plaintiff MARGARITO TLAXCALTECATL ROMERO in the amount of $17,640.09; (3) in favor of Plaintiff NANCY LOPEZ in the amount of $17,248.09; (4) in favor of Plaintiff SALOMON PABLO-MOSSO in the amount of $4,638.69; and (5) in favor of Plaintiffs' counsel, Michael Faillace & Associates., P.C., in the amount of $32,666.33, and that Plaintiffs and their counsel shall have execution therefor.

Judgment Entered this ___30th___ day of ___March___, 2020.

_____
Magistrate Judge Stewart D. Aaron